**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 23, 2015

Hon. Edmundo O. Ramirez
Ellis, Koeneke & Ramirez, L.L.P.
1101 Chicago Ave.
McAllen, TX 78501-4822
* DELIVERED VIA E-MAIL *

Hon. Minerva I. Zamora
Ellis, Koeneke & Ramirez, LLP
1101 Chicago Ave.
McAllen, TX 78501-4822
* DELIVERED VIA E-MAIL *

Hon. Marlane A. Meyer
Meyer & Guerrero
308 North 15th Street
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. J. Joseph Vale Jr.
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd.
McAllen, TX 78501-2418
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00667-CV
Tr.Ct.No. P-34,801-A
Style:   In the Estate of Mildred Ozella Favor Pursley a.k.a. Mildred F. Pursley, deceased

Appellant's motion for leave to file a response to appellees' sur-reply brief in the above cause was this day GRANTED by this Court. The response has been ordered filed as of June 17, 2015, the date of receipt.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch